SAFEWAY, INC., Plaintiff–Appellant,

and

Rite Aid Corporation, Plaintiff–
Appellant,

v.

PURDUE PHARMA, L.P., the Purdue
Frederick Company, Purdue Pharmaceuticals, L.P., P.F. Laboratories, Inc.,
the Purdue Pharma Company, and
Euroceltique, SA, Defendants–Appellees.

Nos. 2007–1551, 2007–1574.

United States Court of Appeals,
Federal Circuit.

Feb. 7, 2008.

Robert J. Goldman, Ropes & Gray, LLP, Palo Alto, CA, for Defendants–Appellees Purdue Pharma, L.P., The Purdue Frederick Company, Purdue Pharmaceuticals, L.P., P.F. Laboratories, Inc., The Purdue Pharma Company, and Euroceltique, SA.

Scott E. Perwin, Kenny Nachwalter P.A., Miami, Florida, for Plaintiff–Appellant Safeway, Inc.

Steve D. Shadowen, Hangley Aronchick Segal & Pudlin, Harrisburg, PA, for Plaintiff–Appellant Rite Aid Corporation.

## ORDER DISMISSING APPEAL

By stipulation of the parties and pursuant to the Federal Rule of Appellate Procedure 42(b), Plaintiffs–Appellants Rite Aid Corporation and Safeway, Inc.'s appeal is hereby dismissed with prejudice, with each party to bear its own costs.

SO ORDERED: